United States District Court
Southern District of Texas
**ENTERED**
October 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GAI LE AND LAP NEWMAN | § § § § | |
| **Plaintiffs** | § | |
| V. | § § | CIVIL ACTION NO. 4:17-CV-02540 |
| J&M WOLVERINE TRANSPORT, CORP., ELMER D. SIGUENZA and FRANCISCO NUNEZ-MARCIA | § § § § § | |
| **Defendants** | § | |

## ORDER DISMISSING DEFENDANT J&M WOLVERINE TRANSPORT, CORP. WITH PREJUDICE

On this day came on to be considered the Plaintiffs, GAI LE and LAP NEWMAN's MOTION TO DISMISS WITH PREJUDICE AGAINST Defendant, J&M WOLVERINE TRANSPORT, CORP., **ONLY** and the Court, having considered the Motion, finds that the Motion has merit and should be **GRANTED**.

It is therefore, **ORDERED** that Plaintiffs, GAI LE and LAP NEWMAN's lawsuit against Defendant, J&M WOLVERINE TRANSPORT, CORP., **ONLY** is DISMISSED WITH PREJUDICE, and that all Court costs shall be taxed against the parties incurring same.

SIGNED on __October 17__, 2018.

_____
**JUDGE PRESIDING**